IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -6 PH 3: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DIANE FARIA,

      Appellant,

v.                                          No. 05-2405-B/V

JOANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

      Appellee.

---

## ORDER OF REFERENCE

---

     This social security appeal is referred to the United States Magistrate Judge for a report

and recommendation.  Any exceptions to the magistrate judge's report shall be made in writing

within ten (10) days after service of the report, setting forth particularly those portions of the

report excepted to and the reasons for the exceptions.  See 28 U.S.C. § 636(b)(1).

     **IT IS SO ORDERED** this 6 day of June, 2005.

                            J. DANIEL BREEN
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in
case 2:05-CV-02405 was distributed by fax, mail, or direct printing on
June 7, 2005 to the parties listed.

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT