IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 30 PM 3: 57
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DIANE FARIA,

    Appellant,

v.                                                        No. 05-2405-B

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER OF TRANSFER

On June 27, 2005, Chief Judge James D. Todd entered an order transferring Patricia Patterson v. Jo Ann Barnhart, Commissioner of Social Security, No. 05-1023, to the undersigned in exchange for an equivalent case. The court is hereby transferring the above-styled case to Judge Todd pursuant to the order of transfer. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from 05-2405-B/V to 05-2405-T/V**.

**IT IS SO ORDERED** this 30th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-1-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02405 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT