FILED BY ec D.C.

05 JUL 29 PM 3:24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

05 JUL -5 PM 1:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DIANE FARIA,

      Plaintiff,

vs.

                      No. 05-2405-T/V

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER ALLOWING PLAINTIFF TO AMEND COMPLAINT AND GRANTING PLAINTIFF UNTIL AUGUST 30, 2005 TO FILE BRIEF

It appearing to the Court for good cause shown that the Plaintiff is allowed to amend her Complaint and she is given until August 30, 2005 to file her brief in support of her claim for benefits.

It so ordered this 29th day of July, 2005.

_____
CHIEF JUDGE JAMES D. TODD

Approved:

_____
Eugene C. Gaerig, Attorney for Plaintiff

_____
Joe Dycus, Attorney for Defendant

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 08-02-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02405 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT