UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DIANE FARIA,

    Plaintiff,

v.                                        Civil No. 05-2405

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

## ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by September 28, 2005.

                                                              _/s/ James D. Todd_
                                                              Judge, United States District Court
                                                               Date: 26 September 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02405 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT